USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1390 UNITED STATES OF AMERICA, Plaintiff, Appellee, v. CLIFFORD A. DOYLE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Marcia G. Shein on brief for appellant. _______________ Jay P. McCloskey, United States Attorney, and F. Mark Terison, ________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ August 2, 1996 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that the district court properly denied appellant's petition as an abuse of the writ, essentially for the reasons stated in the magistrate's recommended decision as adopted by the district court. Petitioner has not shown any external cause which prevented him from raising his present double jeopardy claim in his earlier habeas petition, and he has not shown that failure to address the merits of his claim will result in a fundamental miscarriage of justice. Our decision would be the same under either the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132, 110 Stat. 1214 (April 24, 1996), or the prior version of federal habeas corpus law, and so we need not decide which version applies here. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___